# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WERNER DECONSTRUCTION, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>SITEWORKS SERVICES NY, INC., *et al.*<br><br>*Defendants.* | Civil Action No.:<br>3:15-cv-07682 (PGS)(TJB)<br><br>**JUDGMENT** |

This matter having come before the Court on a three-day bench trial conducted on May 7, 2024, May 8, 2024 and May 23, 2024; and the Court having considered the testimony, exhibits and briefs; and having issued Findings of Fact and Conclusions of Law (ECF No. 304);

**IT IS** on this **26th** of **June, 2024**;

**ORDERED AND ADJUDGED** that a judgment of **NO CAUSE FOR ACTION** be and is hereby entered in favor of Defendant Yvonne Garbett and against Werner Deconstruction LLC on Counts Eleven and Twelve of the Second Amended Complaint; and it is further

**ORDERED AND ADJUDGED** that a judgment of **NO CAUSE FOR ACTION** be and is hereby entered in favor of Defendant Thomas K. Garbett and against Werner Deconstruction

LLC on Counts Ten, Thirteen, Fourteen and Fifteen of the Second Amended Complaint; and it is further

**ORDERED AND ADJUDGED** that a judgment of **NO CAUSE FOR ACTION** be and is hereby entered in favor of Defendant Thomas A. Garbett and Siteworks Services New York and against Werner Deconstruction LLC on Count Eight of the Second Amended Complaint; and it is further

**ORDERED AND ADJUDGED** that a judgment of **NO CAUSE FOR ACTION** be and is hereby entered in favor of Defendant Thomas A. Garbett and against Werner Deconstruction LLC on Count Fifteen of the Second Amended Complaint; and it is further

**ORDERED AND ADJUDGED** that a judgment of in favor of Werner Deconstruction LLC and against Thomas A. Garbett in the amount of $1,454,115.00 on Counts Ten and Fourteen of the Second Amended Complaint be and is hereby entered; and it is further

**ORDERED** that Count Sixteen of the Second Amended Complaint is dismissed with prejudice.

_____
PETER G. SHERIDAN, U.S.D.J.